FILED
JAN 2 4 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR218-BEN |
| Plaintiff, ) | **INFORMATION** |
| v. ) | |
| JUAN REYES TOVAR, ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about December 23, 2007, within the Southern District of California, defendant JUAN REYES TOVAR, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Jose Luis Ynostros, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: 1/23/08.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml 12/28/07