AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED JAN 2 4 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: JMJ DEPUTY

UNITED STATES OF AMERICA

v.

JUAN REYES TOVAR

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 218-BEN

I, __JUAN REYES TOVAR__, the above named defendant, who is accused of violating Title 18, U. S. C.. Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/24/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Reyes Tovar_
JUAN REYES TOVAR
Defendant

_[signature]_
JEREMY D. WARREN
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER